UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EVELYN M. LYLES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-1424 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) ) | |

### ORDER

In light of the proceedings on this date in the above-captioned case, it is hereby

**ORDERED** that plaintiff's counsel's unopposed [21] Motion to Withdrawn as Attorney is **GRANTED**; it is further

**ORDERED**, based on the Court's inquiry, that plaintiff shall be **GRANTED** leave to proceed *in forma pauperis*; and it is further

**ORDERED** that the above-captioned case is set for an initial scheduling conference on August 11, 2011, at 9:30 a.m.

Plaintiff is now proceeding *pro se* and *in forma pauperis*. In light of the factors outlined in Local Civil Rule 83.11 (b)(3), the Court has determined that the appointment of counsel is appropriate in this case. Accordingly it is

**ORDERED** that the Clerk is directed to appoint counsel for the plaintiff in the above-captioned case from the Civil Pro Bono Panel in accordance with Local Civil Rule 83.11.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:   May 26, 2011